THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLIN PARKER, | : |
| | : CIVIL ACTION NO. 3:22-CV-1410 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : |
| | : |
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS ___17th___ DAY OF DECEMBER 2022, upon consideration of the parties' Stipulation of Dismissal (Doc. 8), indicating that they stipulate to the dismissal of the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(B) with prejudice and without costs and/or attorneys' fees, **IT IS HEREBY ORDERED THAT**:

1. The parties' Stipulation of Dismissal (Doc. 8) is accepted;
2. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge